JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALLEN WHIDDEN, ) | Case No. EDCV 13-01956-DOC (DTB) |
| Plaintiff, ) | |
| ) | **J U D G M E N T** |
| vs. ) | |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security, ) | |
| Defendant. ) | |
| _____ ) | |

IT IS ADJUDGED that this action is remanded to the Commissioner of Social Security for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the February 24, 2015 Order of the United States Court of Appeals for the Ninth Circuit, in Case No. 14-55344.

DATED:   September 8, 2015

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE